UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | **EDCV 14-1102 JGB (DTBx)** | Date | August 19, 2014 |
| Title | *Mary Lou Vawter v. Life Insurance Company of North America* | | |

Present: The Honorable    JESUS G. BERNAL, UNITED STATES DISTRICT JUDGE

| MAYNOR GALVEZ | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:**    Order to Show Cause re: Venue

On June 2, 2014, Plaintiff filed a complaint against Defendant under the Employee Retirement Income Security Act of 1974, 29 U.S.C. § 1101, et seq. (Doc. No. 1.) Under General Order 14-03 I.B.1.a.(1)(c), civil cases not involving the United States as a party may be brought in the Eastern Division if 50 percent or more of the Plaintiffs who reside in the Central District, or 50 percent of more of the Defendants who reside in the Central District, reside in the Eastern Division. See also 28 U.S.C. § 1406(a) ("The district court of a district in which is filed a case laying venue in the wrong division or district shall dismiss, or if it be in the interest of justice, transfer such case to any district or division in which it could have been brought."). From the face of the Complaint, the Court is unable to determine whether the action was properly brought in this division. **Plaintiff is ORDERED TO SHOW CAUSE, in writing, by August 25, 2014 why this action should remain assigned to the Eastern Division.** Plaintiff is directed to the operative Civil Cover Sheet available at http://court.cacd.uscourts.gov/cacd/forms.nsf/0/698820f90180bbde88256839006b2a51/$FILE/CV-71.pdf for further information regarding proper assignment of cases between divisions of the Central District of California.

    **IT IS SO ORDERED.**